IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01022-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

LEE Y. KIL,

    Defendant.

---

## ORDER OF DISMISSAL

---

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Lee Y Kil filed August 20, 2013 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 16), it is

ORDERED that Defendant Lee Y Kil is **DISMISSED WITHOUT PREJUDICE**, and this case is terminated.

Dated:  August 22, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge